■ In the Matter of KYLE R.S., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; BONNIE B., Respondent. [821 NYS2d 544]—Appeal from an order of the Family Court, Monroe County (Marilyn L. O'Connor, J.), entered August 10, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order dismissed the petition without prejudice.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.